IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THARON JAMELL TAYLOR

v.                                                                                  Civil No. 1:21cv53-HSO

UNITED STATES

AND

UNITED STATES

v.                                                                                  Crim. No. 1:17cr101-HSO-JCG-1

THARON JAMELL TAYLOR

## FINAL JUDGMENT

For the reasons given in the Order denying Defendant Tharon Jamell Taylor's Motion [99] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED** that, this case is dismissed.

**SO ORDERED AND ADJUDGED**, this the 22nd day of April, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE